BLABON *v.* NELSON, WARDEN.

No. 3, Misc.  Decided October 14, 1968.

*Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Derald E. Granberg,* Deputy Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in the light of *In re Bevill,* 68 Cal. 2d 854, 442 P. 2d 679.

LEMANSKI *v.* LEMANSKI.

No. 473, Misc.  Decided October 14, 1968.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.